# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**632**
**CA 15-01802**
PRESENT: SMITH, J.P., CENTRA, CARNI, CURRAN, AND SCUDDER, JJ.

---

IN THE MATTER OF THE ESTATE OF ANNE RAYNETTE
ROBINSON-MURPHY, DECEASED.                                    ORDER
-------------------------------------------------
RAYNETTE T. ROBINSON-HUNT, PETITIONER-APPELLANT.

---

DAVID C. LAUB, BUFFALO, FOR PETITIONER-APPELLANT.

--------------------------------------------------------------------------------------------------------

　　Appeal from a corrected order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered April 1, 2015. The corrected order denied the petition for probate.

　　It is hereby ORDERED that the corrected order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate.

Entered: July 1, 2016                              Frances E. Cafarell
                                                   Clerk of the Court